John C. Gorman, #91515
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA. 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for Plaintiff
AUREFLAM CORPORATION

S. Patrick Miller, #120904
STUHR & MILLER, LLP
5012 Mission Street
San Francisco, CA. 94112
(415) 585-2122 (phone)
(415) 585-3855 (fax)

Attorneys for Defendants
KEVIN PHU and KETTY LOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PHU, individually and d/b/a Pho Hoa Hop; KETTY LOU, individually and d/b/a Pho Hoa Hop; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. C09 04699 BZ<br><br>JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER<br><br>Date: March 15, 2010<br>Time: 4:00 p.m.<br>Place: Courtroom G, 15th Floor<br><br>Hon. Bernard Zimmerman |

Plaintiff Aureflam Corporation ("Aureflam") and defendants Kevin Phu and Ketty Lou submit this Joint Case Management Statement and Proposed Order and request that the court adopt it as its Case Management Order in this case.

1

The parties have recently reached a tentative settlement. Counsel expect the paperwork to be completed and signed within the next 15 days. Consequently, It is requested that the Case Management Conference set for March 15, 2010 be continued until April 5, 2010, with the understanding that this hearing will be taken off-calendar if a joint request dismissal is filed with the court prior to that date.

GORMAN & MILLER, P.C.

DATED: March 11, 2010    By: /s/
                              JOHN C. GORMAN
                              Attorneys for Plaintiff

STUHR & MILLER, LLP

DATED: March 11, 2010    By: /s/
                              S. PATRICK MILLER
                              Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: March 11, 2010

Hon Bernard Zimmerman
U.S. DISTRICT COURT JUDGE