```
 1  John C. Gorman, #91515
    GORMAN & MILLER, P.C.
 2  210 North Fourth Street, Suite 200
    San Jose, CA.  95112
    (408) 297-2222 (phone)
 3  (408) 297-2224 (fax)

 4  Attorneys for Plaintiff
    AUREFLAM CORPORATION
 5

 6  S. Patrick Miller, #120904
    STUHR & MILLER, LLP
    5012 Mission Street
 7  San Francisco, CA. 94112
    (415) 585-2122 (phone)
 8  (415) 585-3855 (fax)

 9  Attorneys for Defendants
    KEVIN PHU and KETTY LOU
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUREFLAM CORPORATION, a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PHU, individually and d/b/a Pho Hoa Hop; KETTY LOU, individually and d/b/a Pho Hoa Hop; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. C09 04699 BZ<br><br>STIPULATION FOR ENTRY OF PERMANENT INJUNCTION PROHIBITING USE OF SERVICE MARK; [~~PROPOSED~~] ORDER THEREON |

Plaintiff Aureflam Corporation ("Aureflam") and defendants

1

Stipulation re Permanent Injunction and Order, Case No. C09 04699 BZ

Kevin Phu and Ketty Lou ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff Aureflam is a California corporation that owns, operates, and franchises Vietnamese style restaurants.

2. Aureflam owns a federal trademark registration for the mark "PHO HOA" under U.S. Trademark Registration No. 2017091, which registration has become incontestable. The registration is on the principal register and such registration is prima facie valid. The defendant hereby stipulates and agrees for all purposes that Aureflam has established that it has the exclusive right of ownership and right to use the "Pho Hoa" service mark.

3. Defendants Kevin Phu and Ketty Lou are individuals who own or formerly owned a restaurant located at 880 Geneva Avenue, San Francisco, CA. 94112 that did business as "Pho Hoa Hop." Aureflam never consented to such use and contends that the Defendants' use of the "Pho Hoa Hop" mark infringed upon its U.S. Service Mark Registration No. 2,017,091.

4. Based on the stipulation of the parties, it is appropriate for the court to enter a permanent injunction enjoining and restraining each of the defendants from engaging in any future use of or act of infringement of Aureflam's "Pho Hoa" service mark or any name that is or may be confusingly similar thereto. Consistent therewith, a permanent injunction shall be entered against both of the Defendants, along with any and all of their agents, servants, employees, representatives, successors, and assigns, and all other persons acting for or in concert with any of the foregoing persons,

1 permanently restraining, enjoining, and prohibiting such persons or
2 entities from advertising, promoting, or otherwise using the mark
3 "PHO HOA," "PHO HOA HOP," or any other mark that contains both "PHO"
4 and "HOA," as well as any other mark that is or may be confusingly
5 similar thereto (whether printed in English, Vietnamese, Chinese, or
6 any other language); and from assisting, aiding, or abetting any
7 other person or business entity in engaging in or performing any
8 such activities.

9   6.  The United States District Court for the Northern District
10 of California shall retain jurisdiction following dismissal of this
11 action for purpose of enforcing the terms of the permanent
12 injunction.

13
14   IT IS SO STIPULATED.

15                                    GORMAN & MILLER, P.C.
16
17 DATED: 3/12/10               By _____
18                                    JOHN C. GORMAN
                                     Attorneys for Plaintiff
19                                   Aureflam Corporation

20
21                                   STUHR & MILLER, LLP
22
23 DATED: 3/12/10               By _____
                                     S. PATRICK MILLER
24                                   Attorneys for Defendants Kevin
                                     Phu and Ketty Lou
25
26
                                   ORDER
27
                                     3
Stipulation re Permanent Injunction and Order, Case No. C09 04699 BZ

The court finds that plaintiff Aureflam Corporation's request for entry of a permanent injunction against is proper and should be granted.  Based thereon, the court enters the following permanent injunction:

Defendants Kevin Phu and Ketty Lou, along with any and all of their agents, servants, employees, representatives, successors, and assigns, and all other persons acting for or in concert with them or either of them, are permanently restrained, enjoined, and prohibited, immediately and forthwith, from

1. Advertising, promoting or otherwise using the mark "PHO HOA" "PHO HOA HOP," or any other mark that contains both "PHO" and "HOA" or that is or may be confusingly similar thereto (whether printed in English, Vietnamese, Chinese, or any other language); and

2. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraph 1 above.

The United States District Court for the Northern District of California shall retain jurisdiction following dismissal of this action for purpose of enforcing the terms of this permanent injunction.

IT IS SO ORDERED.

Date: 2/April/2010

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

4
Stipulation re Permanent Injunction and Order, Case No. C09 04699 BZ