```
 1 │ John C. Gorman, #91515
   │ GORMAN & MILLER, P.C.
 2 │ 210 North Fourth Street, Suite 200
   │ San Jose, CA.  95112
 3 │ (408) 297-2222 (phone)
   │ (408) 297-2224 (fax)
 4 │ Attorneys for Plaintiff
   │ AUREFLAM CORPORATION
 5 │
 6 │ S. Patrick Miller, #120904
   │ STUHR & MILLER, LLP
 7 │ 5012 Mission Street
   │ San Francisco, CA. 94112
 8 │ (415) 585-2122 (phone)
   │ (415) 585-3855 (fax)
 9 │ Attorneys for Defendants
   │ KEVIN PHU and KETTY LOU
10 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUREFLAM CORPORATION, a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PHU, individually and d/b/a Pho Hoa Hop; KETTY LOU, individually and d/b/a Pho Hoa Hop; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. C09 04699 BZ<br><br>STIPULATED MUTUAL DISMISSAL; [~~PROPOSED~~] ORDER THEREON |
|---|---|

Plaintiff Aureflam Corporation and defendants Kevin Phu and Ketty Lou, by and through their counsel of record, hereby

1

Stipulation re Dismissal and Order Thereon, Case No. C09 04699 BZ

Case3:09-cv-04699-BZ   Document18   Filed04/02/10   Page2 of 2

1  stipulate that the complaint filed in this action shall be
2  dismissed, with each side to bear its own attorneys' fees and
3  costs.
4      IT IS FURTHER STIPULATED AND AGREED that the United States
5  District Court for the Northern District of California shall retain
6  jurisdiction of this action following dismissal for purpose of
7  enforcing the terms of the stipulated permanent injunction that is
8  to be entered concurrently herewith.
9      IT IS SO STIPULATED.

GORMAN & MILLER, P.C.

DATED: 3/12/10          By _____
                        JOHN C. GORMAN
                        Attorneys for Plaintiff
                        Aureflam Corporation

STUHR & MILLER LLP

DATED: 3/12/10          By _____
                        S. Patrick Miller
                        Attorneys for Defendants Kevin
                        Phu and Ketty Lou

ORDER

IT IS SO ORDERED.

Date 2 April 2010       _____
                        HONORABLE BERNARD ZIMMERMAN
                        United States Magistrate Judge

2
Stipulation re Dismissal and Order Thereon, Case No. C09 04699 BZ